IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHNSON CARTER,

        Plaintiff,

v.

CARLA GRIGGS, MOBILEX USA,
DR. REONO BERTAGNOLLI, DEBRA TIDQUIST
AND THEIR INSURANCE CO.,

        Defendants.

Case No. 16-cv-252-wmc

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Johnson Carter's claims against Mobilex USA, Dr. Reono Bertagnolli, Debra Tidquist "and their insurance co."

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carla Griggs in accordance with the jury's verdict.

Approved as to form this 7th day of November, 2019.

_____
William M. Conley
District Judge

_____    11/7/19
Peter Oppeneer                        Date
Clerk of Court